UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:    SHAWN M. FREDERICK-BEERS,    :    Chapter 13
                                       :
          Debtor                       :    Bky. No.  19-16616 ELF

# O R D E R

**AND NOW**, the Debtor having filed the above bankruptcy case in this court on **October 23, 2019**;

**AND**, this case being subject to dismissal due to the Debtor's failure to file required documents within the time prescribed by the rules of court;

**AND**, the Debtor having recently filed a prior bankruptcy case in this court on **May 23, 2019**, docketed at **Bky. No. 19-13310**  ("the Prior Case");[1]

**AND**, the Prior Case also having been dismissed by the court on **June 28, 2019** due to the Debtor's failure to file required documents within the time prescribed by the rules of court;

**AND**, as a result of the foregoing history of two (2) cases, both filed close in time and both dismissed for failure to file documents, it appearing that the Debtor may have filed this more recent bankruptcy case in bad faith;

It is therefore **ORDERED** that:

1. The above bankruptcy case is **DISMISSED.**

2. The court retains jurisdiction in this case and a hearing is scheduled on **November 21, 2019, at 11:00 a.m. in the Bankruptcy Courtroom, United States Bankruptcy Court, The Madison Building, Suite 300, 400 Washington Street, Reading, Pennsylvania**  at which time the court will consider whether an Order should be entered **RESTRICTING the Debtor's right to file future bankruptcy cases**.

3. Pending the conclusion of the above hearing,  the Debtor is **PROHIBITED** from filing any future bankruptcy case without prior court permission.

4. In the event that the Debtor attempts to file a bankruptcy case in violation of this order, **THE CLERK IS INSTRUCTED NOT TO DOCKET THE BANKRUPTCY PETITION**, but instead to deliver the papers immediately to the assigned bankruptcy judge for appropriate action.

---

[1] The Debtor filed a third bankruptcy case, Bky. No. 18-14110.  That case was filed on June 21, 2018 and dismissed on December 21, 2018 for failure to make chapter 13 plan payments.  The Trustee's Final Report states that the Debtor made no plan payments prior to dismissal of the case.

-2-

**Date: November 12, 2019**

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**

cc:   Shawn M. Frederick-Beers
      6520 1st Avenue
      Allentown, PA 18106