United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                      Case No. 19-16616-elf
Shawn M. Frederick-Beers                                                    Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4        User: Keith           Page 1 of 2           Date Rcvd: Nov 12, 2019
                            Form ID: pdf900       Total Noticed: 32

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 14, 2019.
```
db              +Shawn M. Frederick-Beers,    6520 1st Avenue,    Allentown, PA 18106-9301
smg             +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                  Allentown, PA 18101-1603
smg              City Treasurer,    Eighth and Washington Streets,    Reading, PA  19601
smg             +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg             +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg             +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
14409355       ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                  (address filed with court:  BANK OF AMERICA,     PO Box 982238,    EL PASO, TX 79998)
14409352        CSC Credit Services,    Box 740040,    Atlanta, GA 30374-0040
14409353       +Equifax Information Services LLC,    P.O. Box 740256,    Atlanta, GA 30374-0256
14409350       +Experian,    Business Information Services,    475 Anton Blvd.,    Costa Mesa, CA 92626-7037
14409358       +FINANCIAL RECOVERIES,    200 EAST PARK DR STE 100PO BOX 1388,    MT LAUREL, NJ 08054-1297
14409359       +Gregory Beers,    6520 1st Avenue,    Allentown, PA 18106-9301
14409362       +LVNV FUNDING LLC,    C/O RESURGENT CAPITAL SERVICES,    PO BOX 126,    GREENVILLE, SC 29602-0126
14409364       +M & T BANK MORTGAGES,    PO BOX 900,    MILLSBORO, DE 19966-0900
14413638       +M&T Bank,    c/o REBECCA ANN SOLARZ,    KML Law Group, P.C.,    701 Market Street,    Suite 5000,
                  Philadelphia, PA 19106-1541
14409365       +Michael T. McKeever, Esquire,    Mellon Independence Center,    701 Market Street Suite 5000,
                  Philadelphia, PA 19106-1541
14409368        SEARS/CBNA,    PO BOX 6282,    SIOUX FALLS, SD 57117-6282
14409351       +Trans Union,    P.O. Box 1000,    Chester, PA 19016-1000
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Nov 13 2019 03:43:53      U.S. Attorney Office,
                  c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14409356        +E-mail/Text: bankruptcy@cavps.com Nov 13 2019 03:43:52      CAVALRY PORTFOLIO SVCS,
                  500 SUMMIT LAKE DRSTE 4A,    VALHALLA, NY 10595-2323
14409357         E-mail/PDF: creditonebknotifications@resurgent.com Nov 13 2019 03:51:00      CREDIT ONE BANK,
                  PO BOX 98872,    LAS VEGAS, NV 89193-8872
14410790        +E-mail/Text: bankruptcy@cavps.com Nov 13 2019 03:43:52      Cavalry SPV I, LLC,
                  500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
14409354        +Fax: 602-659-2196 Nov 13 2019 07:31:58      Chex Systems Inc.,    ATTN: Customer Relations,
                  7805 Hudson Rd,    Suite 100,    Woodbury, MN 55125-1703
14409360        +E-mail/Text: bknotificationdistribution@jhcapitalgroup.com Nov 13 2019 03:44:10
                  JH PORTFOLIO DEBT EQUITIY,    5757 PHANTOM DRIVESUITE 225,    HAZELWOOD, MO 63042-2429
14409361        +E-mail/Text: bncnotices@becket-lee.com Nov 13 2019 03:43:31      KOHLS DEPARTMENT STORE,
                  PO BOX 3115,    MILWAUKEE, WI 53201-3115
14417648         E-mail/PDF: resurgentbknotifications@resurgent.com Nov 13 2019 03:50:46      LVNV Funding, LLC,
                  Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14409363         E-mail/Text: camanagement@mtb.com Nov 13 2019 03:43:34      M & T BANK,    PO BOX 900,
                  MILLSBORO, DE 19966
14409366        +E-mail/Text: bankruptcydpt@mcmcg.com Nov 13 2019 03:43:48      MIDLAND FUNDING LLC,
                  2365 NORTHSIDE DRIVESUITE 300,    SAN DIEGO, CA 92108-2709
14415813         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 13 2019 03:43:40
                  Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                  Harrisburg, PA  17128-0946
14409367        +E-mail/Text: colleen.atkinson@rmscollect.com Nov 13 2019 03:44:08
                  Receivable Management System,    7206 HULL STREET RD, STE 211,    Richmond, VA 23235-5826
14409369         E-mail/PDF: gecsedi@recoverycorp.com Nov 13 2019 03:51:13      SYNCB/AMERICAN EAGLE PLCC,
                  PO BOX 965005,    ORLANDO, FL 32896-5055
14409370         E-mail/PDF: gecsedi@recoverycorp.com Nov 13 2019 03:50:43      SYNCB/JC PENNEY,    PO BOX 965007,
                  ORLANDO, FL 32896-5007
                                                                                              TOTAL: 14
```

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
smg*             Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                  Harrisburg, PA  17128-0946
                                                                                TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0313-4          User: Keith                 Page 2 of 2                  Date Rcvd: Nov 12, 2019
                              Form ID: pdf900             Total Noticed: 32
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 14, 2019                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 12, 2019 at the address(es) listed below:
              GEORGE M. LUTZ    on behalf of Debtor Shawn M. Frederick-Beers glutz@hvmllaw.com,
               amerkey@hvmllaw.com;r49419@notify.bestcase.com
              REBECCA ANN SOLARZ    on behalf of Creditor    M&T Bank bkgroup@kmllawgroup.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com,   ecf_frpa@trustee13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 4
```

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:   SHAWN M. FREDERICK-BEERS,   :   Chapter 13
                                                                    :
                   **Debtor**                                  :   Bky. No. 19-16616 ELF

# O R D E R

   **AND NOW**, the Debtor having filed the above bankruptcy case in this court on **October 23, 2019**;

   **AND**, this case being subject to dismissal due to the Debtor's failure to file required documents within the time prescribed by the rules of court;

   **AND**, the Debtor having recently filed a prior bankruptcy case in this court on **May 23, 2019**, docketed at **Bky. No. 19-13310** ("the Prior Case");[1]

   **AND**, the Prior Case also having been dismissed by the court on **June 28, 2019** due to the Debtor's failure to file required documents within the time prescribed by the rules of court;

   **AND**, as a result of the foregoing history of two (2) cases, both filed close in time and both dismissed for failure to file documents, it appearing that the Debtor may have filed this more recent bankruptcy case in bad faith;

   It is therefore **ORDERED** that:

1. The above bankruptcy case is **DISMISSED.**

2. The court retains jurisdiction in this case and a hearing is scheduled on **November 21, 2019, at 11:00 a.m. in the Bankruptcy Courtroom, United States Bankruptcy Court, The Madison Building, Suite 300, 400 Washington Street, Reading, Pennsylvania** at which time the court will consider whether an Order should be entered **RESTRICTING the Debtor's right to file future bankruptcy cases**.

3. Pending the conclusion of the above hearing, the Debtor is **PROHIBITED** from filing any future bankruptcy case without prior court permission.

4. In the event that the Debtor attempts to file a bankruptcy case in violation of this order, **THE CLERK IS INSTRUCTED NOT TO DOCKET THE BANKRUPTCY PETITION**, but instead to deliver the papers immediately to the assigned bankruptcy judge for appropriate action.

---

   [1]   The Debtor filed a third bankruptcy case, Bky. No. 18-14110. That case was filed on June 21, 2018 and dismissed on December 21, 2018 for failure to make chapter 13 plan payments. The Trustee's Final Report states that the Debtor made no plan payments prior to dismissal of the case.

**Date: November 12, 2019**

                                                                    _____
                                                                    **ERIC L. FRANK**
                                                                    **U.S. BANKRUPTCY JUDGE**

cc:    Shawn M. Frederick-Beers
        6520 1st Avenue
        Allentown, PA 18106