United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                            Case No. 19-16616-elf
Shawn M. Frederick-Beers                                                          Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: Keith              Page 1 of 1          Date Rcvd: Nov 12, 2019
                             Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 14, 2019.
db              +Shawn M. Frederick-Beers,    6520 1st Avenue,    Allentown, PA 18106-9301

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 14, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 12, 2019 at the address(es) listed below:
        GEORGE M. LUTZ    on behalf of Debtor Shawn M. Frederick-Beers glutz@hvmllaw.com,
            amerkey@hvmllaw.com;r49419@notify.bestcase.com
        REBECCA ANN SOLARZ    on behalf of Creditor    M&T Bank bkgroup@kmllawgroup.com
        SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com,  ecf_frpa@trustee13.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                            TOTAL: 4

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:    **SHAWN M. FREDERICK-BEERS,**    :    **Chapter 13**
                                                                        :
                        **Debtor**    :    **Bky. No.  19-16616 ELF**

# O R D E R

AND NOW, the Debtor having filed the above bankruptcy case in this court on **October 23, 2019**;

**AND**, this case being subject to dismissal due to the Debtor's failure to file required documents within the time prescribed by the rules of court;

**AND**, the Debtor having recently filed a prior bankruptcy case in this court on **May 23, 2019**, docketed at **Bky. No. 19-13310** ("the Prior Case");[1]

**AND**, the Prior Case also having been dismissed by the court on **June 28, 2019** due to the Debtor's failure to file required documents within the time prescribed by the rules of court;

**AND**, as a result of the foregoing history of two (2) cases, both filed close in time and both dismissed for failure to file documents, it appearing that the Debtor may have filed this more recent bankruptcy case in bad faith;

It is therefore **ORDERED** that:

1. The above bankruptcy case is **DISMISSED.**

2. The court retains jurisdiction in this case and a hearing is scheduled on **November 21, 2019, at 11:00 a.m. in the Bankruptcy Courtroom, United States Bankruptcy Court, The Madison Building, Suite 300, 400 Washington Street, Reading, Pennsylvania** at which time the court will consider whether an Order should be entered **RESTRICTING the Debtor's right to file future bankruptcy cases**.

3. Pending the conclusion of the above hearing,  the Debtor is **PROHIBITED** from filing any future bankruptcy case without prior court permission.

4. In the event that the Debtor attempts to file a bankruptcy case in violation of this order, **THE CLERK IS INSTRUCTED NOT TO DOCKET THE BANKRUPTCY PETITION**, but instead to deliver the papers immediately to the assigned bankruptcy judge for appropriate action.

---

[1]        The Debtor filed a third bankruptcy case, Bky. No. 18-14110.  That case was filed on June 21, 2018 and dismissed on December 21, 2018 for failure to make chapter 13 plan payments.  The Trustee's Final Report states that the Debtor made no plan payments prior to dismissal of the case.

-1-

**Date: November 12, 2019**

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**

cc:    Shawn M. Frederick-Beers
       6520 1st Avenue
       Allentown, PA 18106